IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANGELA RENEE BIDDLE**                                                                                    **PLAINTIFF**

v.                              Case No. 4:19-cv-00901-LPR

**HOUSING AUTHORITY OF THE CITY OF
LITTLE ROCK d/b/a METROPOLITAN
HOUSING ALLIANCE and LEDIC MANAGEMENT
GROUP, LLC**                                                                                               **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered today (Doc. 134) and the parties' Joint Motion to Dismiss (Doc. 133), this case and all claims in it are dismissed with prejudice.

IT IS SO ADJUDGED this 25th day of October 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE